JOSEPH TOJARIEH (SBN 265492)
jft@stonebrooklaw.com
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Tel: (310) 553-5533 | Fax: (310) 553-5536

Attorney for plaintiff
JOHN O'BRIEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'BRIEN,<br><br>    Plaintiff,<br><br>v.<br><br>ZEECO, INC., an Oklahoma corporation, and DOES 1 through 100, inclusive,<br><br>    Defendant. | CASE NO. 2:23-cv-06087-SVW-AGR<br><br>[Assigned for all purposes to the Honorable Stephen V. Wilson]<br><br>**PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT INITIAL STATUS CONFERENCE**<br><br>Date:           August 21, 2023<br>Time:          3:00 p.m.<br>Courtroom:  10A<br><br>Action Filed: April 11, 2023<br>Trial Date: No trial date set |

Counsel for Plaintiff John O'Brien respectfully requests permission to appear telephonically or, in the alternative, via Zoom appearance at the Initial Status Conference set by this Court for August 21, 2023 at 3:00 p.m.

Dated: August 9, 2023

STONEBROOK LAW

By: _/s/ Joseph Tojarieh_
JOSEPH TOJARIEH
Attorney for plaintiff
JOHN O'BRIEN

---

1
PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT INITIAL STATUS CONFERENCE

# PROOF OF SERVICE

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business name and address is Stonebrook Law, 10250 Constellation Boulevard, Suite 100, Los Angeles, California 90067.

On August 9, 2023, I served the document(s) entitled **PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT INITIAL STATUS CONFERENCE** by the following method(s):

☐ **U.S. MAIL.** By enclosing the above document(s) in a sealed envelope, with postage fully prepaid, addressed as per the attached Service List, for collection and mailing from my above business address. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. Under that practice, the document is deposited with the U.S. Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **OVERNIGHT DELIVERY.** By delivering the above document(s) in a sealed envelope designated by the express service carrier, with delivery fees paid, addressed as per the attached Service List, to a facility regularly maintained by the express service carrier or to a courier authorized by the express service carrier to receive documents.

☐ **PERSONAL SERVICE.** By personally delivering the above document(s) to the:
　☐ **person(s) identified** on the attached Service List.
　☐ **person(s) in charge** at the office address(es) listed on the attached Service List or, if no one is in charge, leaving the document(s) in a conspicuous place in the office(s).
　☐ **person(s) of suitable age and discretion who reside(s)** at the address(es) listed on the attached Service List.

☒ **ELECTRONIC SERVICE.** Pursuant to court order or agreement by the parties, by electronically transmitting the above document(s) via:
　☒ **electronic mail** to the person(s) at the electronic mail address(es) listed on the attached Service List. To my knowledge, the transmission was completed without error.
　☒ **the Court's Electronic Case Files (ECF) system** to the person(s) listed on the attached Service List. To my knowledge, the transmission was completed without error.

☐ **FAX.** Pursuant to court order or agreement by the parties, by transmitting the above document(s) via fax to the person(s) at the fax number(s) listed on the attached Service List. To my knowledge, the transmission was completed without error.

Executed on August 9, 2023 at Los Angeles, California.

☐ **STATE.** I declare under penalty of perjury and under the laws of California and the United States of America that the foregoing is true and correct.

☒ **FEDERAL.** I declare that I am employed in the office of a member of the Bar of this court at whose discretion the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Joseph Tojarieh_
　　　　　　　　　　　　　　　　　　　　　　Joseph Tojarieh

**SERVICE LIST**

| NAME/CONTACT INFORMATION | METHOD(S) OF SERVICE |
|---|---|
| Charles Painter<br>Charles.Painter@lewisbrisbois.com<br>Adam G. Khan<br>Adam.Khan@lewisbrisbois.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>2020 West El Camino Avenue, Suite 700<br>Sacramento, CA 95833<br>Tel: (916) 564-5400<br>Fax: (916) 564-5444<br><br>*Attorneys for Defendant Zeeco, Inc.* | Electronic Service |