UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-06087-SK                                                                  Date: September 20, 2023

Title   John O'Brien v. Zeeco, Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | CS 09/20/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):       Attorneys Present for Defendant(s):

Joseph Tojarieh                                                Charles Painter
                                                                        Adam Khan

**Proceedings:**   **SCHEDULING CONFERENCE**

Hearing held by Zoom videoconference.  Case called.  Counsel state their appearances for the record.  The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation.

The Court and counsel confer regarding the status of the case and discovery issues.  The Court makes rulings on discovery issues as stated on the record.  The Court adopts the parties' Joint Rule 26(f) Report (ECF 18), with a few minor changes, and sets forth the schedule laid out below, which may be modified only upon a showing of good cause.

| Matter | Date |
|---|---|
| Jury Trial (5 Days) | **February 25, 2025 at 8:30 AM** |
| Final Pretrial Conf., L.R. 16; Hearing on Motions in Limine<br>*Due 14 days before: Final Pretrial Conf Order, L.R. 16-7; Final Jury Instructions; Optional Voir Dire and Verdict Forms* | **February 5, 2025 at 10:00 AM** |
| Initial Pretrial Conf., L.R. 16<br>*Due 14 days before: Motions in Limine (Maximum 3); L.R. 16-4, 16-5, 16-6 Documents; Joint and Disputed Jury Instructions* | **December 18, 2024 at 10:00 AM** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-06087-SK                                              Date: September 20, 2023

Title   John O'Brien v. Zeeco, Inc. et al

| | |
|---|---|
| Last day to conduct Settlement Conf. (private) | November 18, 2024 |
| Last day for hearing on dispositive motions (Wednesday at 10:00 am) | December 11, 2024 |
| All Discovery Cutoff, including hearing all discovery motions | November 1, 2024 |
| Expert Disclosure (rebuttal) | October 21, 2024 |
| Expert Disclosure (initial) | September 30, 2024 |
| Last day to amend pleadings or add parties | July 31, 2024 |
| Initial disclosures | October 20, 2023 |

**Initials** of Preparer       00:30
                              CC